# Third District Court of Appeal

## State of Florida

Opinion filed March 29, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-0496
Lower Tribunal No. 17-23155

————————

**Lisa Mijares, et al.,**
Appellants,

vs.

**Juan Carlos Echeverria, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Migna Sanchez-Llorens, Judge.

Diego David Valdes, P.A., and Diego David Valdes, for appellants.

Lorium Law, and Craig A. Pugatch and George L. Zinkler, III, (Fort Lauderdale), for appellees.

Before LOGUE, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.  See Zarate v. Deutsche Bank Nat'l Tr. Co., 81 So. 3d 556, 557–58 (Fla. 3d DCA 2012) ("An appellant has the burden to present a record that will overcome the presumption of correctness of the trial court's findings. . . . Where there is no record of the testimony of witnesses or evidentiary rulings, and where a statement of the record has not been prepared. . . a judgment which is not fundamentally erroneous on its face must be affirmed."); see also Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979) (affirming where "the record brought forward by the appellant is inadequate to demonstrate reversible error").